# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br>v.<br><br>Chengxuan Han,<br><br>　　　Defendant.<br>_____/ | Case: 2:25−cr−20479<br>Assigned To : Leitman, Matthew F.<br>Referral Judge: Grand, David R.<br>Assign. Date : 6/26/2025<br>Description: INFO USA V. HAN (AB)<br><br>Violations:<br>18 U.S.C. § 545<br>18 U.S.C. § 1001 |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
### 18 U.S.C. § 545 – Smuggling Goods into the United States

On or about March 5, 2025, in the Eastern District of Michigan and elsewhere, the defendant, Chengxuan HAN, did knowingly and willfully, with the intent to defraud the United States, smuggle and clandestinely introduce, and attempt to smuggle and clandestinely introduce into the United States, merchandise, which should have been invoiced as biological material, that is, filter paper containing mammalian expression vectors, *i.e.* plasmids, all of which constitutes a violation of Title 18, United States Code, Section 545.

## COUNT TWO
## 18 U.S.C. § 545 – Smuggling Goods into the United States

On or about September 29, 2024, in the Eastern District of Michigan and elsewhere, the defendant, Chengxuan HAN, did knowingly and willfully, with the intent to defraud the United States, smuggle and clandestinely introduce, and attempt to smuggle and clandestinely introduce into the United States, merchandise, which should have been invoiced as biological material, that is, petri dishes containing C. elegans with genetic modifications, all of which constitutes a violation of Title 18, United States Code, Section 545.

## COUNT THREE
## 18 U.S.C. § 545 – Smuggling Goods into the United States

On or about September 23, 2024, in the Eastern District of Michigan and elsewhere, the defendant, Chengxuan HAN, did knowingly and willfully, with the intent to defraud the United States, smuggle and clandestinely introduce, and attempt to smuggle and clandestinely introduce into the United States, merchandise, which should have been invoiced as biological material, that is, filter paper containing a mammalian expression vector, *i.e.* a plasmid, all of which constitutes a violation of Title 18, United States Code, Section 545.

## COUNT FOUR
## 18 U.S.C. § 1001 – False Statements

On or about June 8, 2025, in the Eastern District of Michigan, the defendant, Chengxuan HAN, did knowingly and willfully make a materially false, fictitious, or fraudulent statement in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, all of which constitutes a violation of Title 18, United States Code, Section 1001(a)(2).

## FORFEITURE ALLEGATION
## 18 U.S.C. § 982(a)(2)(B), 18 U.S.C. § 545 – Criminal Forfeiture

Pursuant to Title 18, United States Code, Section 545, and Title 28, United States Code, Section 2461(c), the government will seek the forfeiture of property as part of the sentence imposed in this case; that is, the forfeiture of any merchandise introduced into the United States in violation of Title 18, United States Code, Section 545, or the value thereof.

Pursuant to Title 18, United States Code, Section 982(a)(2)(B), the government will seek forfeiture of any property constituting, or derived from, proceeds the person obtained directly or indirectly, as the result of violations of Title 18, United States Code, Section 545.

Pursuant to Title 28, United States Code, Section 2461(c), the government will seek forfeiture of substitute property up to the value of property subject to direct forfeiture that is not available for forfeiture on account of any act or omission contemplated by Title 21, United States Code, Section 853(p)(1).


JEROME F. GORGON, JR.
United States Attorney

_____
Douglas C. Salzenstein
Chief, Homeland Security Unit
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3211
(313) 226-9196
Doug.Salzenstein@usdoj.gov


Dated: June 26, 2025

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number   2:25−cr−20479 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | Judge Assigned: |
| ☐ Yes   ☒ No | AUSA's Initials: |

**Case Title:** USA v. Chengxuan Han

**County where offense occurred:** Wayne and Washtenaw

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

____Indictment/____Information --- **no** prior complaint.
____Indictment/ ✓ Information --- based upon prior complaint [Case number: 25-mj-30370 ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

June 26, 2025
Date

s/ Douglas c. Salzenstein
Douglas C. Salzenstein
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9196
Fax:   313-226-2311
E-Mail address: Doug.Salzenstein@usdoj.gov
Attorney Bar #: P59288

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.