UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                          Case No. 2:25−cr−20479−MFL−DRG
                                                  Hon. Matthew F. Leitman

Chengxuan Han,

                Defendant(s),

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear: Chengxuan Han

The defendant(s) shall appear before District Judge Matthew F. Leitman at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 110, Detroit, Michigan, for the following proceeding(s):

- PLEA HEARING: August 7, 2025 at 02:00 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                        By: s/Holly A Ryan
                                                             Case Manager

Dated: July 14, 2025