

# U.S. Customs and Border Protection
## U.S. Department of Homeland Security
### TECS - Incident Log Query - Detail

| 06/10/2025 17:50 EDT | Generated By: JEFFREY HAMIKA | Page 1 of 4 |
|---|---|---|

**INCIDENT NUMBER:** ▇▇▇▇▇▇▇▇  **APPROVAL STATUS:** Complete

**INCIDENT TYPE:** G - NATIONAL SECURITY RELATED

### SUMMARY

| Incident Date | Incident Time |
|---|---|
| 06/09/2025 | 01:10 |

| Port Code | Site Code | Location |
|---|---|---|
| 3807 - DETROIT AIRPORT | A385 - CBP-DETROIT, METRO AP MCNAMARA | DETROIT AIRPORT |

**Is this a Dedicated Commuter Lane (DCL) violation?:**

| Personal Search Performed | TSDB Encountered | NTC Log Number | JTTF Response |
|---|---|---|---|
| N - No | N - No | | |

| Document Type | Document Number | | FIN Number |
|---|---|---|---|
| P - PASSPORT | ▇▇▇▇▇▇▇ | | |

| Last Name | First Name | Middle Initial | Date of birth |
|---|---|---|---|
| HAN | CHENGXUAN | | ▇▇▇▇▇▇▇ |

| Sex | Citizenship | Race | Hispanic |
|---|---|---|---|
| F - Female | CHN - CHINA (MAINLAND) | A - ASIAN | N - NOT OF HISPANIC OR LATINO ORIGIN |

| Height | Weight | Hair | Eyes |
|---|---|---|---|
| | | | |

**Address**

| City | State | Zip | Country |
|---|---|---|---|
| | | | |

| Conveyance Type | Inbound/Outbound |
|---|---|
| C - COMMERCIAL AIR | I - In |

| Carrier Code | Flight/Vessel Number | Crew | Departure/Destination Port | Departure/Destination Country |
|---|---|---|---|---|
| DL - DELTA AIR LINES | 388 | N - No | PVG - PU DONG, SHANGHAI | CHN - CHINA (MAINLAND) |

| Created By Officer | Supervisor | Primary Officer |
|---|---|---|
| BEARD, MICHAEL S | DOMIGAN, CHRISTOPHER P [CBP OFFICER] | BEARD, MICHAEL S [CBP OFFICER] |

### REMARKS

Ms. Chengxuan HAN (DOB: ▇▇▇▇▇▇, Chinese Passport: ▇▇▇▇▇▇, Event ▇▇▇▇▇▇) arrived at the Detroit Metro Airport on June 08, 2025, via Delta flight 388 (PVG - DTW) at approximately 1730 hours. HAN was traveling as a first-time J1 visitor to the United States for research position at University of Michigan.
HAN was referred for a secondary TTRT inspection due to being match to TECS records P1G04283200C38 and P1D98285500CHQ.
Research revealed several illicit shipments seized by CBP
*On September 18, 2024, shipper Chengxuan HAN was associated with bill of lading (BOL) 406-99869066-143V343NVLK which was seized by CBP (2025SZ0001185). The shipment was manifested as documents; however, an inspection revealed a biological sample which appear to be plasmids labeled as PRK 5. The consignee of this shipment was listed as Dylan ZHANG at address ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Ann Arbor, MI.
*On September 24, 2024, shipper Chengxuan HAN was associated with BOL 406-99877746-143V343CN9Y which was seized by CBP (2025SZ0001164). The shipment was manifested as plastic plates, however an inspection revealed eight petri dishes. The consignee of this

**For Official Use Only / Law Enforcement Sensitive**



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Incident Log Query - Detail**

| | | |
|---|---|---|
| 06/10/2025 17:50 EDT | Generated By: JEFFREY HAMIKA | Page 2 of 4 |

shipment was listed as Dylan ZHANG at address ▇▇▇▇▇ Ann Arbor, MI.
*On October 07, 2024, shipper Chengxuan HAN was associated with BOL 406-99887760-143V34V9QTV which was sterilized by CBP. The shipment was manifested as a letter, however an inspection revealed plasmids with markings "HA Cluk1 Rat." The consignee of this shipment was listed as Dylan ZHANG at address ▇▇▇▇▇ Ann Arbor, MI.
*On November 01, 2024, shipper HAN and her number 13487088647 were associated with BOL SFP-CNPOST-EA468130645CN, which was manifested as a document. The consignee of this shipment was listed as Xu BAI with his phone number 734▇▇▇▇ at address 3214 Kilburn Park Cir, Ann Arbor, MI
*On March 01, 2025, and March 02, 2025, shipper HAN was associated with three shipments likely all part of the same shipment with BOLs 406-40060366-144AW7D4X89, 406-40052364-144AW7D4X89 and SFC-UPS321M-144AW7D4X89. All shipments were manifested as documents or letters and seized by CBP (2025SZ0054473). An inspection yielded a book with an envelope inside with 28 plasmids concealed. The consignee was listed as Xu BAI at address ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, Ann Arbor, MI. The packaging for these shipments contained phone number for Xu BAI including 734-▇▇▇▇▇.
HAN was initially interviewed by TFO Hamika and TTRT Beard with assistance from CBPO Gao for translation.  HSI agent Ratermann and FBI Agents Holbrook and Nieh were notified and all responded to the port of entry. Watch Commander Witt and Lacaprara were appraised of all findings.


HAN will be a researcher with the Life Sciences Institute at University of Michigan for professor Xianzhong XU at the X.Z. Shawn Xu Lab. HAN will be in the United States for one year investigating how the environment affects C. elegans behavior and how they change under different conditions. HAN stated her research was just basic or fundamental. HAN further explained that lower temperatures can extend life of C. elegans and other researcher can temperatures to influence future research.
HAN confirmed she was not in possession of any biologicals or any other research material.

HAN stated she was not funded by any government bodies in China and was completely funded by University of Michigan. HAN stated she is not a member of the Chinese Communist Party (CCP) and has never been a member of the CCP. HAN did state she was part of the youth group, but it was something all children did.
HAN's first visa application was denied due to her inability to explain herself well. HAN traveled alone to both visa application interviews and completed both applications herself. HAN also stated she packed her bags herself and has a lock on her checked luggage which she provided password for luggage access.
HAN was displayed an image of Fengfan ZHANG (DOB: ▇▇▇▇▇▇) who was picking her up from the airport who are colleagues from the same laboratory. HAN could not recall any shipments sent to ZHANG from China. HAN was displayed images associated with bill of lading 406-99869066-143V343NVLK. This shipment was previously seized by CBP due to being

**For Official Use Only / Law Enforcement Sensitive**


manifested as "letter" and but contained biologics when inspected. The image included a marking PRK-5 which is likely a plasmid vector. HAN was asked to explain PRK 5 wrote in Chinese what was machine translated to glass slides. Due to appearance of HAN describing the container vs the contents she was asked again and wrote in Chinese what was translated to sodium chloride agar. This was identified through open source as a type of growth medium used in microbiology.
HAN was displayed an image of Bai XU (DOB: ▓▓▓▓) and appeared not to know him. HAN said she wasn't sure about the name or his picture. When asked about him further she stated she kind of knows him from Huazhong University of Technology.
HAN admitted to mailing XU a book (BOL 406-40060366-144AW7D4X89). When asked why she mailed the book HAN stated she thought the book was interesting. HAN said she wasn't friends with XU and doesn't know him well. HAN also could not remember the book and why it was interesting. HAN mailed the book herself from Huazhong University from their mail center. HAN paid about 400 RNB for the costs to mail the book. HAN also contacted XU and asked for his mailing address. HAN stated XU only knew she was mailing him something but nothing specific.
HAN was asked about an envelope in the book. After showing her an envelope as an example she stated there was one in the book she mailed as well. HAN was asked what was in the envelope and stated a picture game. HAN was provided a copy of the "picture game" (see event 71285084 for reference). HAN confirmed she made the picture game and stated she wrote the note on top as well. The note stated "Hello! This is a fun letter with interesting patterns. I hope you can enjoy the pleasure within it."  HAN stated it was not research material and there were no biologicals in the page or within the shapes. HAN stated the point of the game was to cut the shapes and place them in water. Officer Note: It appears her description of cutting shapes and placing them in water is consistent with the first step in the process of transferring plasmids into bacteria.
HAN was interviewed a second time by TFO Hamika and TTRT Gies with assistance from CBPO Gao for translation.
HAN was asked again about the "picture game" and notified it was apparent there was research material on the page within the shapes. HAN responded by acknowledging yes there was research material on the page. When asked what kind of material HAN responded by stating they were plasmids. When asked about her misrepresentations, HAN stated she meant for it to be a game and didn't know if plasmids were ok to ship or not. HAN stated it was all her idea. HAN reiterated she does not know XU very well and they are not close. HAN said the shapes could be cut and put in water to see if the info matches hers as the best reasons she could provide.
HAN was asked why the shipment was not manifested as plasmids. She stated she wasn't sure if she could send plasmids and the mail person at Huazhong didn't know either, so they inputted "doc."
HAN was asked about the petri dishes again and stated the contents were NGM or Nematode Growth Medium which are used with C. elegans.
A search of her checked baggage and luggage was negative for any signs of biologics. HAN was in possession of 2 mobile phones, laptop and iPad. HAN owned one of the phones for 2 years, the iPad for 5 years and the laptop was new, and other iPhone was given to her by

For Official Use Only / Law Enforcement Sensitive

USA-000156



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Incident Log Query - Detail**

06/10/2025 17:50 EDT        Generated By: JEFFREY HAMIKA         Page 4 of 4

her husband. HAN was asked why all the devices appear to have been completely wiped if she's owned some of them for years. HAN stated she wiped all the devices a few days prior to arrival in the United States. HAN's reasoning was that she didn't want to mix information from the United States and China.

A basic examination of HAN's laptop did reveal resumes for Bai XU and Fengfan ZHANG. The Eastern District of Michigan United States Attorney's Office was briefed on CBP's findings and accepted prosecution citing violations of Title 18, United State Code, Section 545 (Smuggling goods into the United States) and Title 18, United State Code, Section1001 (false statements).

On June 9, 2025, beginning at approximately 0108hrs, TFO Hamika and HSI Agent Ratermann and conducted a transport of  HAN from the Detroit Metropolitan Airport MacNamara Terminal to the Taylor MI Police Department (TPD), 23515 Goddard, Taylor MI 48180. HAN was seat belted into the rear passenger seat with hands securely cuffed behind her back, TFO Hamika driving and SA Ratermann seated next to HAN in the rear drivers side seat. Arrival with HAN at TPD at approximately 0125hrs without incident. HAN was turned over to TPD lockup officers in good health. TPD was provided with an Immigration Detainer.

**For Official Use Only / Law Enforcement Sensitive**