Exhibit C

**USA v. Han, Case No. 25-cr-20479**

**Transcript of Video File: USA-000001.mp4**

Date: 2025-6-8

A: Agent doing interrogation        I: Interpreter;            H: Ms. Han

English original in black font,

Chinese to English translation in orange font.


**[0:00 – 20:00]**

A: How are you doing, Ms. Han?

I: Hello

A: My name is Jay Ratermann, Special Agent for Homeland Security investigation.

I: He is from Homeland Security Department

A: Alright, this is my partner (unintelligible). OK, please have a seat.

A: Do you speak any English at all, by chance?

H: a little bit

A: a little bit? Do you read any English

H: (unintelligible)

A: a little bit? OK, alright… I am not sure about that one, I have one… mandarin you know…

A: Are you able to read this by chance?

I: Can you comprehend it?

A: I can read it to you as well…

H: Is this your rights?

I: Yes

H: (unintelligible) I can remain silent?

I: Yes

(Han and Interpreter voices were washed out by paper-flipping noise)

H: My words will be recorded and can be used as evidence in the court in the future?

I: Yes

Exhibit C

H: I can choose to remain silent, but they also have to right to demand that I must answer (to their questions)?

I: She is asking: does she have to answer the questions?


A: It is entirely up to her

I: It is up to you

A: All this is to let you know your rights when you are sitting here right now. I can read it to you verbally, he can translate to you. Any questions you have, by all means, ask.

I: He is telling you your rights. (….) if you have any questions, you may ask. This is our routine (….)

A: We concerns about some of your shipment coming to the United States, OK? So I am going to ask some questions about these shipments. Some of the same questions the officer has asked you.

I: He said he is asking questions about several batches of shipment, that officer has already asked you about them.

A: Before I go through that, I am required to go through this (point to the paper), I am going to read through this line by line.

I: Before he question you, he will tell you your rights, one by one

A: Before I ask you any questions, it is my duty to advise you your rights

I: Before he start questioning, he want to tell you your rights

A: You have the right to remain silent

I: You can keep silent.

A: Anything you say can be used against you in the court of law or any other proceeding.

I: What you said can be used as evidence in the court.

A: You have the right to consult an attorney before make any statement or answering any questions

I: He says you can consult a lawyer before answer any questions.

A: You have the right to have an attorney present during the questioning.

I: During the questioning, you have the right to have an attorney present.

H: Now if I want to an attorney present, I need to make a phone call to communicate, right?

I: She wants to know if she want a lawyer, she can call right now?

A: If you want a lawyer present with you when we talk to you, that's fine, OK? However, that's not gonna happen tonight.

H: He means if I find a lawyer, it can't be finished tonight?

2

Exhibit C

I: It is impossible to finish today, it is too late. It can't be today, can't find a lawyer

H: Oh Oh Ok Ok

A: We will proceed with this investigation. At a later time, when we talk to you about it, it can have a lawyer present with you at that point of time.

I: ...when next time he talks to you, you can have a lawyer present.

A: If you cannot afford an attorney, we will appoint one for you before any questioning as you wish.

I: If you cannot get an attorney, or afford an attorney, they will provide you an attorney.

H: Oh, Is that attorney a bilingual? Can he speaks Chinese?

I: She say the lawyer can be a bilingual, speaks Chinese and English?

A: I'm sorry?

I: if he can speak both languages.

A: Oh I don't know, not necessary, I know there is also interpreter.

I: He says maybe not, but there is interpreters.

H: You mean...

I: Not sure, but there is interpreters.

H: So I can...

I: He is just letting you know you rights.

H: Can he provide me a lawyer now?

I: She says can she have a lawyer right now?

A: Ok, alright...

H: Let me explain: I don't quite understand the US laws. I also don't understand what I have done wrong. Therefore, I want to have a lawyer present so I can consult.

I: She says she wants a lawyer, as she doesn't know the laws, the US laws, she doesn't know what she was wrong.

A: OK, let me explain everything, so you can make an educated decision.

I: Let him explain.

A: The United States government is aware that either you or someone using your information has shipped packages to the United States, OK?

I: Can you understand?

H: No

3

Exhibit C

I: The US government knows that either you or someone using your name to send some packages.

A: These packages contains materials I believe possibly related to your research, plasmid or other substances. However, these materials were not properly marked, or properly declared, and quite frankly, it is considered as a smuggling attempt.

I: He said the stuff you sent is possibly related to your research, but you marked them as documents, but not truthfully declared what materials are inside. They think you are sending them illegally.

H: Oh… can I explain now?

I: She says can she explain?

A: I would love to hear your explanation. But we have to go through this first.

I: Let's finish this before he can hear your explanations.

A: I want to hear your explanations, I do, OK?

H: Thank you.

A: But, people talk to people, OK? lawyers talk to lawyers. OK?

H: What he means "lawyers talk to lawyers"?

I: People have conversations with people, Lawyers have conversations with lawyers.

A: Let me explain this, OK? Because we are aware the smuggling attempt, you are not coming in to the United States today.

I: He says because of you smuggling goods, he cannot admit you in (to the US).

H: Oh

A: Instead, you are going to be arrested, and a judge is going to decide the nature of this case.

I: They will arrest you, and a judge will decide your case.

A: You are going to be arrested for smuggling, and for false statements to the officers.

I: because you smuggle goods, and not give truthful statements to the last officer you just talked to.

H: I am not dishonest

I: She says she didn't lie.

A: You didn't lie?

H: Yeh

A: Ok, we discuss that, Ok? I am happy to discuss that.

I: He hope to discuss this with you.

4

Exhibit C

A: But, that being said, there not going to be a lawyer here tonight. If you want a lawyer before you talk to me, that's fine. But what happens is we just gonna stop, and you gonna be under arrest. After the judge sees you, the judge will appoint you a lawyer, and we can make an arrangement after that point. OK?

I: He says if you don't talk to him, he is not able to provide you a lawyer. Then you first see a judge, and the judge will appoint you a lawyer. You are under arrest first, then the judge find you a lawyer. We can meet after that, if you don't want to talk now.

H: I am willing to explain now.

I: She says she would like to explain.

A: You would like to explain your side what happen?

H: I would like to explain what happened.

I: She says she would like to explain what happen

A: Without an attorney.

I: Do you want to explain without an attorney present, right?

A: We are not gonna be able to get her an attorney tonight.

H: My understanding is that: if I don't talk, I need to see a judge first, then a lawyer is assigned,

I: you talk then.

H: I can talk then. Or I can choose to talk now without a lawyer present. After I finish talking, then they will decide how to process me.

I: She says if she doesn't want to answer, it will be see a judge first, and judge will give her a lawyer. If she want to talk, what happen then? Still under arrest? or

A: You are under arrest regardless

I: No matter what, you are going to be under arrest.

A: We have probable cause that you have smuggled goods into the United States.

I: You smuggled goods over here, you smuggled through mail.

H: These are all my research materials.

A: Forgive my ignorance. Chinese or Mandarin?

I:  Mandarin Chinese

A: I find the Chinese statement right there. Trying to find one in her language to make sure she understand. Not sure that's a good one. I have this in my phone. (Sigh…) Laotian, Thais… One second, I want you fully understand this.

A: Are you able (handed over his phone to show Han) I don't know if this makes sense to you?  You can read that? I want to be sure….

5

## Exhibit C

I:  (Unintelligible)

H: (sigh in distress)

I: do you want?

A: I gonna go through this, and she can follow on it. This is what count (pointing to an document in English on the table)

I: This should be it

A: I want you to be sure understand it.

I: You can understand it.

H: (A long sigh) Except with a lawyer, I am not allowed to talk to anybody outside?

I: She says besides the lawyer, can she contact other person?

A: I am sorry?

A: She wants to know if she can call someone else. At this point, no. Once you are in jail, you can make a phone call. Or, if you want us to contact someone on your behave, we can make some arrangement possibly, OK?

I: If you want to reach someone, he will let you make calls from the jail.

A: The question at this time, this is entirely up to you, this is your right to decide, is: Do you want to tell me your side now, or you want to wait, and only talk to the lawyer later on. That will be after the arrest, and probably at least another 24 hours.

I: He says you can tell your situation now, or you can wait to talk to the judge and lawyer, that type of (conversations), that will wait the next day.

H: What I said here… that is I am in the state of under arrest, right? I am being treated as….

I: She says she's already under arrest?

A: Yes (long pause) I would like to hear your side. I honestly would. I would like to hear your side because I have a hard time to believe…. You're obviously an intelligent person, I have a hard time believing this is necessary a mistake. But I would like to know how in the world this is developed.

I: He says you are a smart person that he wants to hear your explanation.

A: I imagine, this is the first you are in the United States, yeh?

H: Yes

A: I imagine in China there is rules and laws on how can you ship and send certain materials. How can you get around the country, at least.

I: He says in China there is laws, and what can be shipped overseas.

A: There is laws here too.

I: Here has laws the same way.

Exhibit C

H: I don't know… Oh my god.

A: OK?

H: I really don't learn or understand the laws about what things can mail, what things can't mail.

A: OK. Do you have any questions on any of this I write here (marking the document)

I: Do you have any question on these?

H: No

A: You decide to answer questions now?

H: (Nodding)

A: You still have the right to stop the questioning at any time, or stop the question to consult an attorney. OK?

H: OK.

A: Do you read English as well too?

I: Understand?

H: I can understand what's on it.

I: She says I understood.

A: You understand? OK, alright.

A: This is not admission of anything, it is just what it is said: I read and someone has read to me statement of my rights, I am doing this upside down….  I understand what my rights are. At this time, I am willing to answer questions without an attorney present.

I: Understand?

H: If I sign here, I read the above texts, and I agree to answer questions without an attorney present?

I: If you don't want to answer questions in the middle, you can also stop. Now if you sign, you agree to answer questions without a lawyer present. If you agree, write your name.

A: Any point of time you can change your mind, it is up to you.

I: Any time you can change your mind, it is up to you.

H: This Printing Name?

A: Print, Sign, Date

I: This …. For hand-writing; then sign your name

H: In English?

I: Yes, Ping Yin

I: Sign

Exhibit C

I: It is 8th.

(Han, Agent and Interpreter signing the document)

Exhibit C

**[20:00 – 40:00]**

A: So, you fly in from Shanghai?

H: Yeh

A: You live in Shanghai?

I: (repeat in Chinese)

H: No, living in Wuhan

A: In Wuhan?

H: Yeh

A: OK, How long you have lived there?

I: (repeat in Chinese)

H: Except 4 years in college, I live all my life in Wuhan.

I: (repeat in English)

A: How far you go to school? How much college do you have?

I: (repeat in Chinese)

H: 4 years

A: OK, Graduated school?

I: Are you graduated?

H: Graduated from (4-year) university, not yet for PhD study.

I: (repeat in English)

A: PhD what?

H: PhD student

A: in what field?

I: (repeat in Chinese)

H: Biology

A: In biology? OK. What is your undergraduate degree in?

I: Bachelor degree, etc.

H: I received my Bachelor degree.

I: What is your major?

H: Also in biology

Exhibit C

I: (repeat in English)

A: What do you do for money at this point, for work?

I: How do you earn the money to support yourself?

H: Being a student is not a job.

I: I am not working

A: My understanding that you are working on research, is that correct?

I: You are doing research, right?

H: What?

I: You are doing research when you work?

H: What is the content of my research?

I: That is you are researcher, you are doing research, right?

H: (show confusing expression)

A: Are you doing a research project, or you are working on a study some sort?

I: Are you working on a research project, or so?

H: Not projects, it is research topics to be used for my graduation. Topics is to support my graduation. I don't understand what project means here.

I: Research for her graduation, not any projects.

A: OK, are you still working on your PhD degree?

I: are you working on your post-doctor?

H: PhD Student, not post doctor, just PhD.

A: Do you have a research project?

H: Can I interpret it as he is asking what is the content of my research?

I: for example, it can be a project or a focus point of your research

H: My research content is "C elegans held lifespan". I want to know that what conditions that affect the lifespan of C elegans. This is my research direction. How to say research direction?

I: She try to say just like her goal, or something like that.

A: research goal?

A: Do you work in the laboratory?

I: he means inside laboratory?

10

Exhibit C

H: Yes, I am in laboratory do some experiment, I don't know if "experiment" means experiment?

A: Experiment?

H: Yes.

A: Do you work on research samples?

I: Research specimens, samples, for example, sample, research samples, e.g. cells, etc. that sort.

H: My research sample is C elegans

A: Do you do DNA works on C elegans? DNA?

H: Is he asking how DNA works inside C elegans?

I: For example, research DNA specimen, these samples

H: Research DNA specimen?

I: Samples

H: Shouldn't

I: C elegans DNA…

H: During my research, I will use placmid, not DNA.

I: She says it cannot be called DNA, plas…

H: placmid

A: placmid? Circular DNA

I: He means DNA in circular shape,

H: Yes

A: What university are you coming from in China

H: Huazhong University of Science and Technology.

A: Who is your principal investigator? Your PI

I: Your primary professor or tutor?

H: There are two.

I: 2 professors

A: who are they?

H: Jian Feng, Liu

I: you want to write down?

A: in Chinese also

Exhibit C

I: (repeat in Chinese)

A: I understand that you are coming to the United States to do research, to work in the lab.

I: (repeat in Chinese)

H: His understanding on me?

I: (repeat above question in Chinese again)

H: Yes.

A: What school you are going to?

I: (repeat in Chinese)

H: University of Michigan

A: Who is your principal investigator there in University of Michigan?

H: It is in this admission letter

A: Shawn Xu. Do you know Shawn Xu?

I: (repeat in Chinese)

H: He invites me.

I: Do you know him?

H: I know him.

I: (repeat in English)

A: Have you met him face to face?

I: (repeat in Chinese)

H: Only online

I: (repeat in English)

A: What is Shawn Xu studying?

I: (repeat in Chinese)

H: C elegans, environment and C elegans correlation, Correlation between environment and C elegans. Then its sensing, how C elegans is sensing the sound.

I: Repeat what you just explained

H: How the environment affects the C elegans behavior

A: OK, is it similar to your research in China?

I: (repeat in Chinese)

12

Exhibit C

H: Only C elegans is similar, we all use the C elegans to do research.

A: Is the research topics similar?

H: Have difference, research topic have different. I in Chinese research the environment affects C elegans lifespan.

A: What span? What does Xu do differently?

H: How the sounds, C elegans sounds touch, how to get the temperature difference. One is (C elegans) sensing, and the other is (C elegans) lifespan. That is, how is C elegans sensing the information.

I: Feeling, and Lifespan?

A: Does Shawn Xu collaborate with Jianfeng Liu, and Pin Yi?

I: Does the American professor collaborate with them?

H: Jianfeng Liu,

I: Collaborate with him?

H: Just a little bit.

I: A little bit cooperate.

H: Not cooperate in depth, just ordinary academic exchange.

I: She said not actual cooperation, but just like… (unintelligible Chinese)

H: I would like to ask the word "Collaboration" can also mean cooperation?

I: Yes

H: Then, it should be at the level of collaboration.

I: Co what?

H: I can't that specific words either.

I: what do you do normally?

H: Like online communication. When we ran into something we don't know, we inquire it online.

I: Online questions and answers, that kind.

A: Do you publish papers together? Both professors?

I: (repeat in Chinese)

H: Yes

A: With Shawn Xu?

I: Do you publish paper together?

13

Exhibit C

H: Shawn Xu publish paper. He is the Corresponding Author.

I: Do you publish together with him?

H: On the paper he is the corresponding author, and I am the public discussion author.

I: You worked together, both your name on it?

H: On the paper

A: Together?

H: Yes

A: These professors with Shawn Xu.

H: No, No

A: Which one?

H: This

A: Jianfeng Liu

H: Yes

A: Were published paper with Jianfeng Liu?

H: Yes.

A: How come you haven't defended your PhD yet?

I: What's that?

A: How come she hasn't defended her PhD thesis?

I: Like?

A: Graduated with a PhD yet, and coming here.

I: Why you come here without being graduated?

H: There is a section of my thesis requires me to come to Professor Shawn Xu lab to do some in-depth research. Then I can graduate.

I: That professor, right?

H: Yes. I have some questions that requires directions from him.

I: She says some works needs to be done before graduation.

A: What works need to be completed?

I: (repeat in Chinese)

14

Exhibit C

H: That is: how is the temperature affects C elegans behavior. I want the molecular mechanism. Research in this published, then I can graduate from the PhD student.

A: OK, what materials do you need to do that work?

I: (repeat in Chinese)

H: C elegans. The main material is C elegans. Also some devices to control the temperature.

 I: (repeat in English)

A: Do you need materials from the lab in China?

I: (repeat in Chinese)

H: No I needn't. Not for my research, I needn't.

A: Do other… Do you know Dylan Zhang?

H: The name in Chinese isn't this.

A: Zhang Feng Fan?

H: I know him.

I: Do you know him

H: I know him

A: Does he go by Dylan? Does he go by the name Dylan?

I: Do you call him in English name?

H: I don't know his English name. I don't know him well

I: She doesn't know his English name. He is not her close friend, She doesn't know him well.

A: How do you know Feng Fan?

H: Yes

A: How do you know him?

H: In the Huazhong University of Science and Technology. We are all major in biology. So we have some academic exchange.  "Exchange" in English?

I: Exchange information?

H: Yes, you can explain this way. We have some exchange in our studying.

I: We help each other.

A: Study group or working group?

I: For example, study together, study from each other,

15

Exhibit C

H: Yeh, like in a classroom.

I: Like a study group.

A: Do you work on the research project with him?

I: (repeat in Chinese)

H: No

A: Do you know Zhang Zhi Yong?

H: Zhang Zhi Yong.

A: How do you know him.

H: He is in Huazhong University, also same major.

A: Do you go to school together?

I: (repeat in Chinese)

H: Same school, run into each other. Same school.

A: Same field of research?

I: (repeat in Chinese), same class?

H: Not the same class. Our classes are all mixed together even in the same class.

I: But you are in the same major?

H: I don't understand.

I: Do you go to the same class?

H: We have been in the same class.

I: Major isn't the same?

H: Major? In Chinese all student major called biology. But we research topic has some difference.

Exhibit C

***[40:00-1:00:00]***

A: Does he study C elegans as well?

H: Study C elegans? Yes

A: Do you study C elegans?

H: He is asking we all study C elegans?

I: He and you are research the same (C elegans)

H: Yes Because C elegans is famous model animals in biology, for the base molecular mechanism research.

A: OK. What sort of scientific technique you are doing, like different protein expressions on C elegans?

I: Do you have other methods, to make your research? (then repeat Agent's words in English)

H: (showing confused)

A: Can you explain in more details of molecular mechanism, how do you do that?

I: Can you explain to him in more details?

H: Can I not to answer his question? It is very complex, and I am afraid that I may make a mistake

I: (repeat in English)

H: So complicated.

A: Complicated?

A: I study science, chemistry.

I: He study chemistry.

H: Laws?

I: chemistry.

H: chemistry

H: You chemistry major, I biology major, you wants to know my research content.

A: Yes.

H: I worry that when I describe it, I may use the wrong wording.

I: She says she use different words may have different meanings.

H: It become an evidence against me.

I: That will be a mistake for her.

A: OK

H: I worry about the complicated.

17

Exhibit C

I: She says it is too complicated.

A: I understand Plasmid changes protein expression. What proteins C elegans going to produce?

H: Does he ask how C elegans produce protein?

I: Yes

H: I don't know. I don't research these topic.

I: She doesn't know.

H: I just observe the C elegans lifespan. C elegans normal lifespan is thirty days. Every day I observe C elegans live or dead, record the numbers, then I got days about lifespan. I don't touch the protein.

A: What equipment do you use in the laboratory?

I: (repeat in Chinese)

H: Microscope. Micro???

I: Just like something used in the lab, micro???

A: Microscope?

H: Yes, microscope.

A: That's all?

H: Yes, this is what I use to observe C elegans living or death.

A: This doesn't look like a PhD program.

I: This doesn't look like a post-doctor research.

H: I am not post-PhD. I am just PhD student. We apply stimulus externally, then we observe which factors affect their lifespan.

I: it can use outside something to touch on affect… (Interpreter original words)

H: Outside conditions stimulate the C elegans, and then we observe how the lifespan to change. Maybe he lived longer or shorter, and then I will research what's molecular what  in these process used for… Not sure I said right.

I: She says she doesn't know if she said right or not.

A: That's good. Do you breed C elegans, do you grow them?

I: Do you feed them?

H: Yes, we do… feeding C elegans food, then use C elegans to do the research

A: Where you get the C elegans?

I: (repeat in Chinese)

18

Exhibit C

H: In Chinese university, the professor provide them to me to do the research. I don't have the way to get C elegans. I just in the lab doing research. Everything is not belong me. It is not something I can buy.

I: She said she cannot buy from outside.

H: I use it, I can't buy it, I can't

I: School provide it to you?

H: Yes

A: Why are you send package to Dylan?

I: Why do you send package to that guy, the guy just mentioned?

H: We …

I: Please use English to talk to him

H: I don't think I can speak well in English… Let me first try to do so in English

H: I can first speak English, maybe I can *(not?)* totally express my think. I try my best.

A: Yeh.

H: First, all major all biology exchange discussed basic questions about biology. I think it is normal discuss. And then I find something is interesting or confused. Then I get some idea and answer. That is, just for discuss biology questions. In my mind this is a normal  behavior in research. I really don't know I mail the package is wrong. And I pack and give it to the mail company. I give the document and something to the mail company. I told the company to mail this. The company helps me to choose the type of the package. I don't know this is wrong. And I write something to tell the custom what the package is.

I: Do you understand?

A: Yes. These are petri dishes. What were they?

H: This is the plastic plate, NGM Medium in these plates.

A: But what else is on the medium.

I: (repeat in Chinese)

H: C elegans

A: There is C elegans inside.

H: Yeh.

A: Can C elegans live inside the mail?

I: (repeat in Chinese)

H: I am not sure.

A: OK, why do you send C elegans?

19

Exhibit C

I: why do you mail it?

H: I have some questions about C elegans. I want to get answer. I want they help me to see it.

A: Don't you have microscope in China?

I: (repeat it in Chinese)

H: Yes, different people see it have different points and ideas. So I need more information from different people help me.

A: How come you didn't just put down C elegans on the package.

I: Why you write this stuff on the package?

H: I write… I remember I write a paper has the information about plas… plastic plate. I write the paper, and give it to mail company.

A: why do you write plastic plate, not C elegans?

H: maybe I just remember I write the paper. I write some contents, AGAR, NaCL Soldium Chloride,  a some information on the paper. Maybe I see I write cells I don't remember.

A: OK. The picture in high resolution, are those C elegans the litte dots?

H: It is not clear… I am not sure.

A: That's fine. Can you see C elegans with your eyes?

H: No, too small. I can't see.

A: What about papers?

H: Paper? Yes. This is the paper at plasmid.

A: Plasmid? I thought you just looked at C elegans. Why do you send plasmid?

I: Why you send that stuff? He thought you research is on this.

H: This has some information in the paper. I think they need to get the information, then they can help to determine C elegans related questions.

I: So can figure out what … C elegans What questions?

H: For example, send the worm over to them to observe if its shape is normal. Then it can related to information from plasmid. It has certain shapes that can related to plasmid information. But there is uncertainty. We are all not understand the relationship between plasmid and C elegans.

I: We all try to figure out any relationship and the shape between these two.

A: OK.

H: We all don't know, but we need to find answers.

A: How did you get the plasmid?

## Exhibit C

I: How did you get that?

H: It is a very common experiment material.

I: (repeat in English)

A: Did you obtained it, or from someone else's lab?

I: Did you buy it online, or get it somewhere?

H: I get from the lab

I: (repeat in English)

A: Did you isolate it? Or make it?

H: I isolated the plasmid.

A: So you do some molecular biology, like isolate the plasmid from C elegans?

I: You know other biology, like isolate C elegans

H: What?

I: You know isolating… do other biology…

H: No, just plasmid. Furthermore, plasmid is not coming from C elegans.

I : You say you isolate it?

H: Yeh.

A: How do you make plasmid?

I: How do you do it?

H: How to explain it…. In biology research field, we get the plasmid, then transfer it into E.coli bacteria. The E.coli bacteria express them in mass. Then we extract from them.

I: You say E.coli?

H: E.coli

A: E.coli

H: You know?

A: Yeh, you express it through E.coli?

H: The plasmid transfer it into E.coli, E.coli express it more and more, then we can get plasmid from E.coli.

A: OK, do you do that part of work?

I: (repeat in Chinese)

H: Yeh

Exhibit C

**[1:00:00-1:20:00]**

A: So you just don't look at C elegans. You can make plasmid?

I: You can make plasmid by yourself?

H: plasmid?

I: The stuff you just mentioned.

H: What, plasmid?

The The stuff you just mentioned. The stuff you isolated from. You make it yourself?

H: I extract plasmid from E.coli.

A: OK. That's part of your PhD research?

H: Extraction plasmid is a normal method in my research field.  In biology it is a normal method.

A: You do that?

H: Yes, I do that.

A: Are there any other biology techniques that you use?

I: (repeat in Chinese)

H: I need to obtain some research technologies to benefit my PhD student graduation. Plasmid extraction is one. Observe C elegans is two. Inject of plasmid into C elegans is three.   More and more, and some.

A: Yeh. So it is more than looking C elegans. You are doing like molecular biology.

H: yeh yeh

A: Are you collaborating with Zhang?

I: (repeat in Chinese)

H: No, I just asking them questions, not cooperation with them.

A: You can cooperate, that's fine.

I: (repeat in Chinese)

H: We are not cooperating. When I have questions, I just ask. In our field, this is not so-called cooperating. We never worked on a same topic.

I: Just discussion, not cooperation.

H: We and them not doing the same project, no. So I do the thing, and don't know it is illegal.

I: She didn't know it is illegal.

H: Because I give something, give the,  I take something and give it to the mail company. They don't tell me this can't.  They tell me I help you to mail out. They can't guarantee if it can be delivered.

Exhibit C

I: The shipping company didn't tell her she can't mail it. But they can't guarantee it, may be here may be not.

A: Did your professor know you have sent it?

I: (repeat in Chinese)

H: No

A: What about Shawn Xu?

H: No, this is person to person.

A: OK. Do you know Xu Bai?

H: He and Zhi Yong and Hong Fan are same condition.

A: Same condition?

I: Similar situation?

H: Oh Yea same situation, we are all biology students, and know him in the university.

A: OK. What is Xu Bai study?

I: What is Xu Bai's major?

H: Major? Also biology.

A: He studies C elegans?

H: I am not sure what is his research in the US. I just know him in Chinese university. He researched cells, and maybe C elegans.

A: Who is his professor in University of Michigan, do you know?

I: (repeat in Chinese)

H: maybe Shawn Xu, but I am not sure. I don't know much about US university's system.

I: She is not fully know or fully understand the system here.

A: I think they are the same?

I: (repeat in Chinese)

H: not sure

A: You are a PhD student associated with your principal investigator the professor. Then you do the research topic in the lab.

I: China and the US is the same, you have your professor, and you do the experiment there.

H: May be professor Shawn Xu.

A: Shawn Xu is his professor.

Exhibit C

H: Maybe.

A: Why you mail him an agriculture related book?

I: (repeat in Chinese)

H: I think this is interesting. I want show it to him. He may be interested with this.

A: Does Shawn Xu study agriculture?

H: No, not Shawn Xu.

A: Does Xu Bai study agriculture?

I: (repeat in Chinese)

H: No.

A: Why is he interested in agriculture?

H: I am not sure now what is his research, but when we exchanged ideas online in the past, we got into agriculture-related subjects. So I think he might be interested.

I: (repeat in English)

A: why you have an envelope inside the book?

I: (repeat in Chinese)

H: Just want to mail them together. It make easy to make it as one. No need to separate them into two.

I: She mail both together for convenience.

A: What is in the envelope?

I: (repeat in Chinese)

H: I created this picture game using my biology knowledge. They can cut the paper, give some water, sequence with the water. I give some names as clues. They can merge. I think this is an interesting thing. I do this paper, and mail send it to him, but not tell him what I mail him. I want to give him a surprise.

H: Then one day, he told me he get a call, and somebody in the call told him mail you the DNA. He doesn't know this thing. He doesn't know who. He thought it is a scam call. A few days later, he asking if she send something to him. I told him I did send you a package. What's wrong? He told me that someone call him and told him it is not mailed the right way. This time I know I may did it wrong. So I no longer mail anymore. I did not be upfront to the customer officer on everything. I only recognized after the fact that I mailed it wrong. Then I am a bit scared.

I: When he call her, she says yes, and says what happens,  he tell her somebody call him, then she figure out maybe it is not right to do that. She got scared, and didn't send anything after that. That's when the custom officer asks her. What he asks you at that time?

H: The custom officer asks about this thing, I am afraid of telling him about the plasmid.

Exhibit C

A: Did you lie to the …

I: (repeat in Chinese)

H: I don't think I lie… I just did not tell everything.

I: She said she was lying, just did not tell all the truth.

H: Because I am felt scared.

I: (repeat in English)

H: I was not sure what is right or wrong things to do, so I withheld the information.

I: (repeat in vague / unintelligible English)

A: These were different plasmids from your research.

H: My research? You ask me this is I use in research. Not… I am not use this to do my research. I just feel this information is interesting… how to say…

H: I am not sure I said it correctly. I am not using these stuff for my research topics. But I found these stuff are interesting. So I want to share them with him, and let him to cut and decrypt the information inside.

I: She says it is not for her research, but she thinks it is interesting, so she send him to find out.

H: Research is divergent (in nature), research is more goals, and something is interesting, may be there is a benefit to research down. But I don't know now.

A: Where did you get the plasmid?

I: (repeat in Chinese)

H: I extracted the plasmid.

A: So you made the plasmid, using E.coli?

H: Yeh.

A: Why would you send them, how many are there… you sent 28 different plasmids. He is going to sequence them. How long does it take sequence the plasmid.

H: He wants to know how to sequence them?

I: How long?

H: What does it mean "how long"?

I: For example, to create how to create (unintelligible English).

A: No, the sequence, how long does it take?

I: Sequence how long?

H: I am not sure. The time in different country is different.

25

Exhibit C

A: No… Bai Xu is going to sequence each plasmid. He is going to cut each circle, one by one, and figure out which one it is. How long does it study one plasmid?

I:  After he them, how long does it take to sequence them?

H: I don't understand.

I: For example, how much time will it take to sequence one sample?

H: About one week.

A: For each one?

I: (repeat in Chinese)

H: I think this is to explore.

A: This sounds like research.

I: (repeat in Chinese)

H: In my think, if I have a clear goal, and do experiment for the goal. This is called research. But this is just my interest thing, not clear goal for research. So I think this is explore information process.

A: This sounds research. What you are describing sounds like research.

H:  But there is some information already in the web. But he just to do is information matching.

I: Match?

H: This is the clue, he can get some information from web site. This is the thing. He can throw over, and get something. This information can merge with that information. So I don't think this is the research. It is just for…

I: Fun

H: Yes.

A: Did you mean to hide this in the book, when you send it?

I: (repeat in Chinese)

H: I don't think this is deliberate hiding. There is a book nearby, I put it inside the book to mail them together. When it is through custom, they can easily detect it through scan. It doesn't mean to hide it or not.

26

Exhibit C

**[1:20:00 – 1:40:00]**

I: She says she is not trying to hide. Put it in the book easier, and custom can scan it to examine it.

A: It is easier at custom?

I: Easier just put inside the book.

H: It is just for convenience, not trying hide for this.

A: Why don't you just send it in an envelope?

I: (repeat in English)

H: I…

A: Not inside the book

I: Use envelope, not to put inside a book.

H: I can mail them together. It save some mail cost.

I: (repeat in English)

A: How many packages you have sent.

H: I really can't remember, because I send packages and mail company tell me the package is lost. Then I sent another. I don't remember the number of packages.

A: Twenty?

H: 20? No

A: Ten?

H: Less than 10

I: (repeat in English)

A: Did all packages get lost?

I: (repeat in Chinese)

H: Many of them are lost.

I: (repeat in English)

H: So I don't… The mail company told me the packages are lost. So I don't realize what I mailed are wrong, or the custom has detained the packages. So when I failed to send the package, I tried again next time. So I was for sure that packages are lost during the transportation.

I: (repeat in English)

H: Through the custom officer just told me, it is 4?

A: That is custom officer told you. How many do you send?

27

Exhibit C

I: (repeat in Chinese)

H: The clear number I really can't remember. I confirm It is less than 10.

A: Did Zhang receive the package ever?

I: (repeat in Chinese)

H: Who?

A: Zhang

H: In fact I am not confirm who get which package, because always lost, always lost. After lost the package, I get the information to let the things past. I need to continue my PhD student work. So I don't remember the details about (these packages).

A: Does someone tell you to send these samples?

I: (repeat in Chinese)

H: No. The glass plate I think this glass plate to do their work.

I: (repeat in English)

H: Sometimes I need them to help me to evaluate. I send the package for many reasons, sometimes I need their help. Sometimes I helping them. Now I think I did it wrong.

I: (repeat in English)

A: Do you think custom will stop these package?

I: (repeat in Chinese)

H: I am not sure. Because the mail company doesn't give me the answers about the packages. They just collected packages and my money, and send the mail.

I: (repeat in English)

A: But you did fill out what's in the package?

I: (repeat in Chinese)

H: The mail courier select the package content for me. I tell him what's inside.

I: (repeat in English)

I: You did not write it?

H: I did not write the delivery label.

I: which deliver label?

H: The document where you select "document", "plastics", I did not select that.

I: (repeat in English)

28

## Exhibit C

H: I just told passengers that I want to send something, to this address. Then he fill in the information.

I: You did not fill in the Declaration?

H: No, I did not fill the declaration. Somehow I remember that the goods belong to Non-declaration Required. That was where the system shows

I: She said she just tell them what in it, they write down.

A: In China, you can ship material without being marked as a such?

I: (repeat in Chinese)

H: Yes.  I told them what's in it, they send.

I: (repeat the same question in Chinese)

H: They will take the package. I don't know what law says.

I: She said she doesn't know.

H: Because mail something is normal option in China. In my mind, I give passenger something, he get something. I think this is OK. After this behaviors, what happens after I don't care.

I: Do they ask what content inside?

H: Yes, they will ask me.

I: Did you tell them?

H: Yes, I will tell them. They will write down what's inside.

I: They write down what you tell them?

H: I tell them what is inside in details, they use App to touch and select.

I: (repeat in English)

H: On the App, the only option is … App only give very general categories, like Document, to select. They just pick one.

I: (repeat in English), give another category example…

H: e.g. Toys, etc.

I: (repeat in English)

A: It sounds like you are collaborating with people in Shawn Xu's lab. You sent research samples to them frequently.

I: It seems that you are collaborating with them, as you lend stuff to them.

H: He thinks I am collaborating with Shawn Xu?

I: Yes, you send him stuff frequently.

29

Exhibit C

H: First, how to define this collaboration? He help me to answer many questions, and give some directions on writing papers, so we have paper published. But mailing the thing he doesn't know.

I: So she is certain he doesn't know.

H: This is person to person.

A: What did she say they publish the paper together?

I: They publish papers together. The package she send he didn't know.

H: Because I don't know the package will be successful in person's hand. I don't know if this is wrong or OK.

I: They are asking, if you send something to someone, you tell them, right?

I: (Repeat in Chinese)

H: I notify them on some, not others.

I: Why not notify them?

H: For example, surprise and fun stuff I won't notify, as there is emotional value.

I: (repeat in English)

H: But some of them I notify them in advance, for example, the glass plates.

I: Something she will mention before send the package.

A: It sounds absurd, to be frank.

I: It looks like collaboration in research.

A: Sounds like you are collaborate. You work on projects together, you send your research samples to them.

H: Would you interpret?

I: (repeat in Chinese)

H: I think there is some collaborating relationship. But I send the package myself without their prior approval. I don't know how to call it.

I: She says she mail the package personally, she didn't ask permission to send it.

A: what is your air ticket cost to come to the United States, how much your plane ticket cost?

I: (repeat in Chinese)

H: How is it relevant?

I: He is just asking.

H: a little over 10,000

I: In RMB?

30

Exhibit C

H: Yes

I: about 10,000 Chinese Yuan

A: 10,000 Chinese Yuan? What is roughly in US dollar?

I: a little above 10,000? How much?

H: what?

I: You don't know how much?

H: I asked my friend did the purchase for me.

I: You pay for yourself?

A: 1,400 US dollar, maybe?

I: 1,400?

H: 14,000?

I: (repeat in English + previous dialog with Han in English)

A: How do you pay bills in China?

I: (repeat in Chinese)

A: researchers are not paid a lot of money. Who pays your bills in China?

I: how do you pay your bills in China?

H: what kind of bills?

I: various kind.

H: pay them online.

I: like phone bill, water & electrical bill, how do you pay?

H: mobile payment

I: what method?

H: Alipay.

I: Net app pay for it.

A: App pay for it? How does money get on the App?

I: (repeat in Chinese)

H: Parents provide me.

I: (repeat in English)

A: parents there? OK. Who is going to pay your bills while… How long you supposed to be in the United States?

31

Exhibit C

I: (repeat in Chinses)

H: about a year.

A: About one year? How you going to pay the bills, support yourself in the United States.

I: (repeat in Chinese)

H: It is a bit complicated. In the invitation letter, they have write the funding from University of Michigan. But before I arrived University of Michigan, all fees I paid for it. My money from my parents.

A: what your parents do for?

I: (repeat in Chinese)

H: My mother is selling insurance.

I: (repeat in English). What about father?

H: My father works for Yangtze River shipping administration employee.

I: You mean ship?

H: Yes, on Yangtze.

I: It's like ship, what is called? like shipping company  for ocean cargos

A: Oh, cargo.

A: a ship captain?

I: in management?

H: managing river ship traffics.

I: Scheduling?

H: Might be.

A: Managing ocean-liner shipping company?

I: He managing many ships, right?

H: He managing traffic of river ships. I don't know the details. They are under Yangtze shipping sector.

Exhibit C

*[1:40:00 – end]*

I: Manage the ships come and go…

A: Oh at the port? OK.

A: You didn't tell the truth about paper and plasmid.

I: You didn't tell the truth on that kind of things. You didn't say at the beginning what's in the paper.

A: to the custom officer.

H: I didn't tell him at the beginning, but I tell him at the end.

A: But the thing is, it doesn't make sense it is a game.

I: (repeat in Chinese)

H: It the difference between my thinking and other people's thinking.

I: (repeat in English)

H: I can understand if he (the agent) doesn't think it is a game. But I find it is a funny (game). So I just call it a game.

I: (repeat in English)

A: I guess that you send 28 different plasmid, you expect Bai Xu to sequence all 28 of them.

H: No, he can choose some to do. He didn't to do totally. He can choose. Xu Bai can choose as he wish.

I: She means he can pick anyone to do it.

H: Not totally. This is no clear goal to do these things. There is no a certain way to do it. It is informal and not mandatory and no must-do.

I: It is not a research, just pick a thing and have fun.

H: not must to do this thing.

A: why don't you tell the custom officer that?

I: (repeat in Chinese)

H: Because Bai Xu told me that FBI agent called him. Then I know this call exist, while he thinks it is a scam call. I am the sender of the package. Since FBI contact him, I begin to wonder if I did something wrong? So I am worry that the event may impact me or impact his life in the US. Hence, in the beginning, I am afraid to say something.

I: (repeat in English)

A: So you thought if you tell the truth, you won't be able to come to the US?

I: (repeat in Chinese)

Exhibit C

H: I was not put too much thought my entry admission. I am more concerned if I have affected other people live here.

I: (repeat in English)

A: how does it affect other people?

I: (repeat in Chinese)

H: Arrested by FBI.

I: (repeat in English)

H: Because he got a call from FBI. He does not know this thing. He is innocent.

I: She said he is innocent because he didn't know.

H: So I can't.

A: Why don't you just said it? I don't know why you lie about it.

I: (repeat in Chinese)

H: I am inexperienced, and I don't know what to say and what not to say. I also don't know US laws. So I was not deliberately lying, just not provide all information.

I: She says she doesn't explain, and doesn't really lie, just doesn't tell the whole truth.

H: I am really sorry, this is my ignorance ignore due to this all things.

A: Why don't you delete all content of your phone before coming?

I: (repeat in Chinese)

H: I explained before.

I: do it again.

H: I think I am from China to the US to do the research. It is a new start. I prepare the new phone and computer for the future research. I don't need to mix with China research.

A: So you delete all your messages?

I: what about all text messages?

H: I clean them regularly, not just for this. The computer is new for the research. The (text) info is cleaned regularly.

I: (repeat in English)

A: Did you delete your Wechat messages because you are going to come to the custom?

I: You delete the Wechat messages because you are coming over here.

H: Wechat message deletion is a normal practice.

34

Exhibit C

I: You did manually?

H: Yes. When the conversation is over, I delete the conversations. This is normal.

A: You keep any messages?

I: (repeat in Chinese)

H: what kind of messages? In China we don't use texting.

I: what do you use?

H: QQ, Wechat.

I: These are messages, why you delete it? Normal chats all deleted?

H: It takes memory space.

I: (repeat in English)

A: So what it sounds like is that this package got stopped, right?

I: (repeat in Chinese) does it arrive?

H: No. The mailing company told me it is lost.

I: (repeat in English)

A: Hold on.

A: So custom called Bai Xu to ask about this package, right?

I: (repeat in Chinese)

A: Bai Xu called you.

I: (repeat in Chinese)

H: asked me if I mail him anything?

A: So you know you are caught.

H: So when the package are sent, normally its status will be updated in 10 days. But it wasn't updated. So I inquire the mail company on package status. They said it may be lost. So they ask me to cancel the shipment. Only after a long time, Bai Xu asked me if I mail him anything.

I: (repeat partial in English) How long?

H: Don't remember exactly length, but I remember that the mail company has closed this...

I: (repeat in English)

H: I remember Bai Xu mentioned it might be a scam call. In my mind, I don't know if the package has been stopped or lost. Only when the officer shows me the pictures of packages, I realize that it is not a scam call. It is intercepted by the custom, then I realize that I did something wrong.

Exhibit C

I: (repeat in English)

H: Today I realize this is wrong.

A: You have shipments that are not described, whether by you or by the shipping company, are not described what they are. OK? You understand me?

I: (repeat in Chinese)

A: Using materials to package them and describe them other than what they are.

I: (repeat in Chinese)

A: Communications between both parties on similar topics as well as after these packages don't arrive, it failed to arrive, your messages are no longer on your phone.

I: (repeat in Chinese)

A: You are intelligent person obviously, I am not a scientist, I am not a biologist. What I know is this: these techniques are used by smugglers.

I: (repeat in Chinese)

A: These are techniques used by people who try to introduce objects and substance into the United States without being detected.

I: (repeat in Chinese)

H: No

A: this is why you are sitting here.

I: (repeat in Chinese)

A: because I don't need to know anything about biology to see smuggling techniques.

I: (repeat in Chinese)

A: I introduce your explanation into it, are not explaining use of smuggling techniques.

I: (repeat in Chinese)

A: People are going to spend a year away from home, family and love ones tend not to wipe their phones.

A: So at this time, you are going to with the officers a bit longer. They are going to do a pat down on you. You not taking anything into the jail. Jewelry has to come out,  necklace or anything around your neck has to come off. Watches has to come off. Anything sharp like pen has to go into the bag. Understand?

I: (repeat in Chinses)

A: A female officer will pat you down.

I: (repeat in Chinese)

Exhibit C

A: If you conceal a weapon or any substance on you, I strongly advise you to tell the officer or us now. You don't want the officers to find it on their own.

I: (repeat in Chinese)

A: If you gonna spend the night at a local jail. And tomorrow, you will be turned over to the US government lockup, and you will see a judge tomorrow.

I: (repeat in Chinese)

A: The judge will decide if to keep you lockup pending the outcome of this case, or let you go  on a bond. It is up to the judge, it is not our decision.

I: (repeat in Chinese)

H: can I talk to my family and asking for legal assistance?

I: (repeat in English)

A: you will have the opportunity to make a phone call in jail.

I: (repeat in English)

A: I believe there are two gentlemen waiting outside for you. Are they related to this in any way you haven't told us?

I: (repeat in Chinese)

H: they are drivers. I am not sure

A: Do you want me to tell anything, you won't be able to tell them.

I: (repeat in Chinese)

H: Please let them know the situation here, they can go home (without me)

I: (repeat in English)

A: I will tell him where the court is tomorrow. In case judge let you go on bail, they can pick you up there. Is this acceptable to you?

I: (repeat in Chinese)

H: Thank you.

**CERTIFICATION**

I, Joe Huang, a Mandarin-Chinese interpreter, certify that I have transcribed this video exhibit and translated the Mandarin Chinese to English and English to Mandarin Chinese accurately, to the best of my knowledge and ability.

*[signature]*

August 6, 2025