Exhibit E

**USA v. Han, Case No. 25-cr-20479**

**Transcript of Video File: USA-000002.mp4**

Date: 2025-6-8

A: Agent doing interrogation      I: Interpreter;      H: Ms. Han

English original in black font,

Chinese to English translation in orange font.

**[0:00 – 1:58:00]**

A: Do you have more checked bags?

H: One more up there.

A: How many luggage you have?

H: How many luggage? Three.

A: Three checked? Or three with this one.

H: Could you speak slowly?

A: Three checked? Or three with this one.

H: Total three checked one.

A: So three up there.

H: One more up there.

A: Before we go any further, we are the officers of Custom and Border Protection, just like uniform officers. We just dressed differently. Nothing special about us.

H: OK

A: You are coming in on a J visa, right?

H: J-1 visa.

A: Where you will be doing your study at?

H: I am invited to do a study as exchange research PhD student at University of Michigan. Here is my invitation letter.

A: Perfect, thank you so much.

A: What are you going to research?

H: Basic biology research. How to say… I want to research how the environment affects C elegans behaviors.

Exhibit E

A: How does the environment affect what?

H: C elegans. (spell out)

A: OK. So you are a biologist?

H: Yes.

A: Cool. How long you will be in America?

H: About one year.

A: What is C elegans?

H: This is a model animal by research. It is a harmless worms.

A: Do you have any research materials today?

H: You speak so fast…

A: I am sorry, do you have any research materials today? Any biological materials today?

H: I don't understand.

A: How much money you carry?

H: One thousand dollars.

A: Do you have any food with you?

H: No

A: No food, OK.

A: Do have any biological samples with you, any materials to be used for your research?

H: No, no, no research samples.

A: No research samples?

H: No, I don't carry research samples in my luggage.

A: No biological samples in your luggage anywhere.

H: Yes.

A: Who is your advisor here in America? What is his name? Shawn Xu?

H: Yes. He invites me.

A: How do you know him?

H: In the university in China, my advisor… how to say them…

A: They collaborate?

H: Collaborate???  They have connect.

Exhibit E

A: Connection.

H: Yes.

A: OK. What is your phone number.

H: My number is 1..

A: you want to write it?

H: Yes

A: OK, right there: 19972073817

A: Just to clear, you come here for one year research. Sorry he is Chinese, he comes to help us here. You have no food, alcohol and tobacco. You don't have any research and biological materials. Can you ask her that?

I: (repeat in Chinese)

H: No, no.

A: Tell her we ask everyone, we ask a lot of people on this.

A: Can you ask her phone number? Make sure I got it right?

I: (repeat in Chinese)

H: I have given to him...

I: Just to verify.

H: OK. It is 1997203817

A: write that down.

A: Can you ask her if she has any friends, know anyone here studying the research?

I: (repeat in Chinese)

H: I have a roommate.

A: Oh, you do?

I: anyone else you know?

H: This is my contact.

A: Does she know anyone in America? Does she have friends and colleagues?

I: (repeat in Chinese)

H: No, no. I am alone.

I: Any relatives, friends, someone you acquaintance to...

H: This professor refers me to someone in his lab to contact. No sure this can be considered as a friend?

Exhibit E

I: (repeat in English)

A: Professor invite her.

A: Does she have a cellphone?

H: yes.

A: Can I have a passcode?

H: (give passcord)

A: Does she have a laptop,

H: yes.

A: what is the passcode for this?

H: this is a new computer.

A: you have any other computer?

H: (give passcode)

A: do you have any other phones?

H: I have an iPad and a backup phone.

A: What is the passcord?

H: (give passcord)

A: how do you lock it?

H: (provide instructions)

A: Can you tell me what is your research here? C elegans round worms?

H: Can you use Chinese to say?

I: It would be better if you try to use English to describe.

H: I want to research how the environment affects C elegans behaviors, how temperature will change C elegans speed, feeling, and its lifespan.

A: How can this research being used? How it benefits.

I: (repeat the question in Chinese)

H: The results of research to clear understand how does the environment affects other animals, such as mammals. Then we can improvement our environment.

A: Improve our environment. Is it for disease? What is it for?

I: (repeat in Chinese)

## Exhibit E

H: This is basic environmental and behavioral research, that it is not related to research on any diseases.

I: She says it is basic research.

A: Who is her boss in China?

I: (repeat in Chinese)

H: Professor Jian Feng Liu.

A: OK, how long he has been your professor for?

I: (repeat in Chinese)

H: 9 years.

A: She is going to stay for 1 year. How is she paying for come to America? Who is paying for it?

H: This trip is totally funded by University of Michigan. The information in my invitation letter is about funding.

A: Is there any funding from China?

H: No.

A: Nothing at all?

H: No.

A: Tell me about in China. Are you a part of any group, a part of any committee, social club?

I: (repeat in Chinese)

H: No

A: like Math Club,

I: (repeat in Chinese)

H: No.

A: Are you a member of Communist Party?

I: (repeat in Chinese)

H: No

A: Has she been a member of Communist Party?

I: (repeat in Chinese)

H: No.

A:  Has she been a member of Communist Party?

I: (repeat in Chinese) Are you a Communist Youth League?

H: I was a Youth League member.

Exhibit E

A: When did you leave the Youth League?

I: (repeat in Chinese)

H: It expired automatically. I don't know and I really don't care.

I: (repeat in Chinese)

A: Is your professor a member of Communist Party?

I: (repeat in Chinese)

H: No… I am not sure.

A: Why wouldn't be sure. Everyone know it, right?

I: (repeat in Chinese)

H: He is a professor in a high place. This is his personal information. These information are not disclosed on the official web site.

I: (repeat in Engish)

A: Can she explain to me her situation in Visa application? I looks like she went to one embassy, and then went to another.

I: (repeat in Chinese)

H: In my first application, I wasn't feeling well. I ran into some communication barrier with Visa officer that I failed to show my strong desire to return to China.

I: So your visa was rejected?

H: Yes.

I: (repeat in Chinese)

A: Did she attend the both interviews?

H: Yes, I was there alone.

A: For your bag and the checked luggage outside. Do you pack them by yourself?

I: (repeat in Chinese)

H: Yes, By myself.

A: Where were you when you pack? At home?

I: (repeat in Chinese)

H: In my dorm.

I: (repeat in English)

A: How many checked in bags she has?

## Exhibit E

I: (repeat in English)

H: One bag.

A: Is it locked?

H: Yes

A: Can I have the key?

H: It has a passcode.

A: what is the passcode?

H: Can I write?

A: Yes. You can write right here.

I: You said you have 3 check-in luggage, but here you said you only have one.

H: I misunderstood, I have a total of 3 bags, only one check-in luggage.

A: OK, That's good. Total 3 bags. Does anyone help your visa application?

I: (repeat the question in Chinese)

H: No.

A: What is her biggest goal to come to America?

I: (repeat in Chinese)

H: I have 3 objectives.

A: before she tells me that, what color is your check-in bag?

H: Green

A: What are her goals in America, what she want to accomplish here?

H: First goal is the culture and science exchange. The second goal is to get the research results for my PhD graduation.

A: But as a researcher, does she want to prove something, want to accomplish something? What is her goals?

I: What is more detailed goals? what you want to overcome?

H: Do he want my research topics?

D: I met a doctor the other day, he wants to cure cancers. What do you want to do?

I: (repeat in Chinese)

H: You want to know my research goals. My research question is how environment such as temperature and sound affect C elegans behavior.

## Exhibit E

A: Why do we want to learn that, what's the benefit?

H: Through the research results, It can more than clearly know how does the environment affects other animals, such as rats. It improves the research results through human. We can leave the more batch? in the environment.

A: So how does it affects human? We can test it on human?

I: (repeat in Chinese)

H: My research is on C elegans. But my result will help other researcher to understand how environment affects other animals such as rat.

A: Why C elegans is important? What is it gonna do?

H: Because C elegans has Homology in DNA.

A: Is this will create some medicines? How does it benefit human?

I: (repeat in Chinese)

A: It is a bit complicated. I will describe it in Chinese.

A: That's fine.

H: Here is an example, there is a proof that low temperature can increase C elegans lifespan.

I: (repeat in Chinese)

H: Use the molecular biological analysis, we can find out mechanism why. The other scientist can use the results to do further research on low temperature can improve human health. Then further research can be done.

I: (repeat in Chinese)

H: So mine is basic research.

A: I have a question here. I understand that she uses C elegans worms. Can she explain the importance of using these vs others animals, or other biologicals.

I: (repeat in Chinese)

H: C elegans is a famous model animal. Many scientists are using it for their research. It has many advantages. For example, its body is transparent that can be easily observed. Its reproducing cycle is very short. So it is convenient to do basic research.

(unintelligible side conversation by officers)

A: Can she explain to me who this is? Two people.

H: This is the driver I pre-booked.

I: (repeat in English)

A: How do they know each other?

I: (repeat in Chinese)

Exhibit E

H: Meet online. There is an online platform where I can put my needs.

I: (repeat in English)

A: are they also working in the lab?

H: yes.

A: She mailed him something a little while ago, can she explain what she mailed to him?

I: (repeat in Chinese)

H: I don't remember that I send something to him.

A: It is very important she is honest with me, because I know she mail him something that I have some questions about it.

I: (repeat in Chinese)

H: Can you provide me more info? I am not quite remember it.

I: (repeat in English)

A: Does he go by the name Dylan?

A: Last year September 2024, there was something in the mail, that you send to Zhang in Ann Arbor, Michigan.

I: Last April you send the package?

A: Maybe some glass plate? Transparent glass.

I: (repeat in English)

A: Let's do this, how many times you have mailed him something to America?

H: How many times?

I: (repeat in Chinese)

H: Maybe just this one? I really can't remember.

I: (repeat in English)

A: Three times

H: Ah?

A: I need to know what you mail him the first time, the second time, and the third time. Did he ask you to mail it, did you offer to mail it. What was mailed?

I: Did he ask you to mail them, or did you offer to mail them?

A: If she cannot answer the questions, it affects her ability coming to this country. These are very important questions that affect her immigration status.

I: (repeat in Chinese)

Exhibit E

H: I can only remember that I mail him once the glass plates, about this size.

I: What does it used for?

A: Next to one , tell her to write down what she has mailed to him. Write in Chinese.

A: OK, let me see. How many time does she mail him something?

H: I only remember this time.

A: Only this time?

H: Oh No, I only remember this time. You say 3 times, I need more information.

A: I am going to write down something,  I want you to tell me what do it means.

A: What does that mean? PRK5, what is that?

A: You are a biologist, you should know.

I:  You are a biologist, you should know what it stands for.

H: Maybe in biology, this is a name.

A: What is it for?

H: I really don't know?

A: Was this inside this shipment?

I: (repeat in Chinese)

H: I really can't remember.

A: Has she ever mail plastic plate to America?

I: (repeat in Chinese)

H: Yeh, Yeh.

A: who do you mail plastic plate to?

I; (repeat in Chinese)

H: Don't remember.

A: did you mail them the plastic plates?

I: (repeat in Chinese)

A: Yes or No.

A: Let me change the question. When you send him a package, when you manifested it, you call it plastic plates?

I: (repeat in Chinese)

A: I work for Custom and Border Protection. What was really in the package? Tell me the truth.

Exhibit E

H: It is plastic plate. Inside there is AGAR, Sodium Chloride.

A: What does this say?

H: Salt.

A: Is this biological research material for lab?

I: (repeat in Chinese)

H: I don't know how to define for Research Use. These ingredients exist in fruit jelly.

I: She says she is not know identified for research, how to say "fruit jelly"?

H: Uh

A: It was a Petri Dish.

H: What is Petri?

A: Who tell you send them?

I: (repeat in Chinese)

H: I sent by myself. It was my idea.

I: She sent the mail.

A: Did he know you gonna send it?

I: (repeat in Chinese)

H: Yes.

A: what is inside of it?

H: This is glass, that maybe plastics. They have similar shape. Material is different. What it shows is glass.

I: (repeat in English)

A: Is this a plastic plate? Yes or No

H: It's plastics.

A: Do we call this a plastic plate? We call something else.

I: (repeat in Chinese)

H: We call it plastic plate.

A: What you call it in Chinese?

I: (repeat in Chinese)

H: Su Liao Ban (Plastic Plate in Chinese Pinyin)

A: Also, you mail him something too? Xu Bai

Exhibit E

H: Xu Bai.

A: Can you write his name in Chinese?

H: (write the name)

A: How do you know him? Is he at Shawn's lab?

I: (repeat in Chinese)

H: Online.

A: Are you at the same lab?

I: (repeat in Chinese)

H: No. We know each other at China University. He is not working in the lab.

I: (repeat in English)

A: Which university?

I: (repeat in Chinese)

H: Hua Zhong University of Technology.

A: Is this his name?

H: May be yes.

A: What did you mail him, a book?

H: Yes, a book

A: Why did you mail him a book?

H: I think this book is interesting. It is a type of exchange.

I: What book is it?

H: It is a test guide book.

A: Is she mailing him a book, Yes or No?

I: (repeat in Chinese)

H: I think this book is interesting.

A: What is the book called?

I: (repeat in Chinese)

H: I don't remember.

A: Who ask her to mail him a book?

H: I mailed the book.

Exhibit E

A: did someone give you the book?

H: No.

A: Where did you get the book from.

H: at the classroom.

A: did you buy the book

H: No I didn't buy this book. I just see this book and think it is interesting.

A: did you mail the book?

H: Yes

A: Where did you mail the book?

I: (repeat in Chinese)

A: at Huazhong University of Science and Technology.

A: HUST?

H: Yes.

A: How much you paid to mail it?

I: (repeat in Chinese)

H: Maybe 400 RMB?

A: Did you put the book in a box or a bag?

H: I just give the book to the courier. I don't know how he did the packaging.

I: (repeat in Chinese)

A: Inside the book, there is an envelope, right?

A: he can show you an envelope.

I: Is the book carrying an envelope?

H: Maybe yes.

I: (repeat in English)

A: did you put the envelope in the book?

I: (repeat in Chinese)

H: Should be.

A: What is in the envelope?

I: (repeat in Chinese)

Exhibit E

H: I design a picture game.

A: That's all?

I: (repeat in Chinese)

A: There is a piece of paper inside the book. It was a picture game.

H: Yes, picture game.

A: Where you get this picture game?

I: (repeat in Chinese)

H: I created it.

A: I think I have a copy of it. Is this the picture game?

I: (repeat in Chinese)

H: Yes.

A: Can you ask her in Chinese, that this is the picture game?

I: (repeat in Chinese)

H: Yes

A: You made this? Did you draw these circles?

I: (repeat in Chinese)

H: Yes.

A: Is this her hand-writing here?

I: (repeat in Chinese)

H: Yes.

A: You have a nice hand writing.

I: (repeat in Chinese)

H: Thank you.

A: Is it the real purpose of this shipment is to send this, not the book?

I: (repeat in Chinese)

H: Both

A: Does he want to use this picture book?

I: (repeat in Chinese)

H: I mail him, but I don't tell him. I want to give him a surprise.

Exhibit E

A: Did you boss in China knows you send him the book?

I: (repeat in Chinese)

H: No

A: Why didn't she call the shipment a picture book, just call a book?

I: (repeat in Chinese)

A: For China express business it is difficult to define it. They will simplify it.

I: (repeat in English)

A: Can I take your watch? I need to take 5 minutes to brief him. What is the code?

H: (gives the code)

A: I want you to have a seat here, and we are take a little break.


Video showing inspection on Ms. Han's luggage.

Exhibit E

[1:58:00 – End]

A: I need you to tell me everything about this paper. Let's start with what is down this page.

I: He wants you to tell her what does the graphics means.

H: I created different shapes, and named each different shapes, and challenge him to find out the hidden patterns.

I: (repeat in English)

A: Is there any research material on this page?

I: (repeat in Chinese)

A: Yes or No

H: I use some special terminology…

I: No, he says your research…

A: What did she say?

I: She says she use some professional research languages

A: Is there any research material on this page? Yes or No.

I: What type of materials you researched are on it? Like sample…

A: Yes or No

H: Yes.

A: Tell her what kind of research materials on that page.

I: (repeat in Chinese)

H: Plasmid.

A: Plasmid? why didn't she tell me the truth the first time I asked?

I: (repeat in Chinese)

H: My original intent is a type of game for him to find a related pattern.

I: She meant to make a game of patterns.

H: I don't know if add Plasmid on it is allowed or not.

I: (repeat in English)

A: What's plasmid for?

I: (repeat in Chinese)

H: Plasmid can be used for…

Exhibit E

A: OK, what he gonna do with it? I know it is not a game.

I: What he is going to use it for?

H: So what I gonna do to him?

I: He

H: the package intended receiver is going to do with it? They can cut out the patterns. Use water to resolve it.

I: (repeat in English)

A: Then what?

H: Then they can detect the information inside to see if it can match with the names I provided.

I: She says he can find the information to match hers.

A: How is this to be used?

I: (repeat in Chinese)

H: use? It is to detect the information inside.

I: (repeat in English)

A: Was it to assist the research paper?

I: (repeat in Chinese)

H: I am not sure if it can help research. It is the information I put in, and some will match these names.

I: She says she not sure if it help research.

A: Who asked her to do this, tell me the truth.

I: (repeat in Chinese)

H: Yes, I do this.

A: who picked which plasmid to put on? Is it your ideas or someone else's?

I: (repeat in Chinese)

H: My idea.

A: Why did she have an idea to send Plasmid in a book to America?

I: (repeat in Chinese)

H: I send both to have him take a look.

I: (repeat in English)

A: What is the benefit of this to be sent to America? Why Xu Bai needed for his work?

I: Why he wants them?

Exhibit E

H: Xu Bai may not need them. I want to send them to do the game. These are knowledge specifically in biology circle. These type of games can only be understood by biology people.

I: (repeat in English)

A: This is for a research paper, tell her we tested in our laboratory.

I: (repeat in Chinese)

A: I know it is not a game

I: (repeat in Chinese)

A: Because it is obvious, nobody believes you.

I: (repeat in Chinese)

A: I want the truth as what the intention behind this paper you put in the book. This is only one shipment of many. This is the one I ask about now. I want to know if you have any interest coming to the United States, I need to know what is the point of this paper, who told you to send it, who told you which specific plasmid to put on it?

A: So let's start with: why did she send this to America.

I: He wants to know why you send this package. Tell the truth.

H: Nobody teach me to do this. I want to mail it by myself.

I: (repeat in English)

A: So she sends something to Xu Bai without him knowing?

I: (repeat in Chinese)

H: I didn't remind him. I want to give him a surprise. He saw my note, then he will know.

I: (repeat in English)

H: I asked his address and told him that I am sending some interesting stuff. I didn't tell him what I send.

A: OK, we gonna do this. The other shipment, she call one of them plastic cups. We found petri dish inside. Why she call it petri dish with, whatever it is. Ok Let's do this. Her other shipment, she said plastic cups. We found a petri dish inside.

I: The other package you say it is plastic cups, right? They have found other stuff.

H: Found other stuff?

I: they say Petri something

A: the dish. (search computer)

A: In 2024, she send several package to Zhang.

I: (repeat in Chinese)

Exhibit E

A: she call them document, document, and plastic plate. Does she recall these?

I: do you remember?

H: I remember plastic plate, Document should be this one?

A: Here is the picture of one of them. Does that looks like a Document?

A: what is that? What's inside?

I: (repeat in Chinese)

H: Like this.

A: What is it?

H: Plasmids.

A: Why did you send Zhang plasmid?

H: Why I send him plasmid?

A: Why?

I: (repeat in Chinese)

H: Same as last one. He can cut it and retrieve the info, and merge it.

I: (repeat in English)

A: What he going to do with it? Is it for his research?

H: I don't know.

I: Did he ask you to send it?

I: (repeat in Chinese)

H: No, I want to mail him. Just want him to get the information and merge the names.

A: for what? How he going to use it?

H: Resolve it in the water, then detect it.

I: (repeat in English)

A: When she mail it, why didn't she put Plasmid?

I: (repeat in Chinese)

H: There is no such selection available.

I: (repeat in English)

A: I've seen people mailing plasmid from China and they call it Plasmid.

I: (repeat in Chinese)

Exhibit E

H: Is it possible that when I ask mailing company, they only give me limited selections to choose. May be other shipping company has more flexibility in filling in. There might be the difference among different mailing companies?

I: (repeat in English)

A: did she think there will be an issue if she wrote plasmid on it?

I: (repeat in Chinese)

A: I am not sure about if plasmid can be sent. If it can be received, then it is allowed. If it can't, no big deal.

A: she said she is not sure about if she can send plasmid. Is that correct?

I: (repeat in Chinese)

H: Yes

A: So instead of not sending it, she chose to send it and call something else, is that correct?

I: (repeat in Chinese)

H: You mean the name used by courier?

I: You are not sure if it can be mailed, so you call it something else.

A: Ok Ok, we can't go on questions. Did she put Document instead of Plasmid, because she thought that wasn't allow to send.

I: You understand? You write in Document because you afraid you can't send Plasmid?

A: Tell me the truth, I don't want lie.

H: First, I am not sure I can send.

I: (repeat in English)

H: Second, in China when you send paper based documents, they are all called document.

I: (repeat in English)

H: The company doesn't provide other selections.

I: (repeat in English)

A: why she send this in a book. Who she trying to hide it from, from us?

I: (repeat in Chinese)

A: No no no no…. Nobody believes it is a game. I am not stupid. You are smart. You know I am not stupid.

H: OK

A: She is very smart. He is very smart. OK? We know it is not a game. So don't play games. Why do you send this in a book, to hide it?

Exhibit E

A: Before you lie, tell me the truth. OK? Why you send it in a book.

H: I want to send them together. I want the book and.

A: You don't even remember the name of the book. This you know, the book you don't know.

A: This is what you send, read this to me.

H: Hello, this is a fun letter with interesting text patterns, I hope you can enjoy the pleasure.

A: He needs the plasmid, correct? Xu Bai need the plasmid. Is that correct?

H: I don't sure whether he needs it. I just mail it.

A: Why didn't you act like you don't know him when I first ask about him?

I: (repeat in Chinese)

H: I think it is too long ago.

A: This one is recent.  This one is a few month ago.

A: Let do this: how well does she know Xu Bai?

I: (repeat in Chinese) are you good friends?

H: Not quite. We know each other.

I: (repeat in English)

A: Does she talk to him a lot on the phone, or email, or texting?

I: (repeat in English)

H: No

A: So they don't message each other, is he her boyfriend?

H: No, no

A: OK, not a boyfriend.

A: not very close, but you decide to send him a book that you don't even know him that well?

I: (repeat in Chinese)

A: You send your best friend a book, not someone you barely know.

I: (repeat in Chinese)

So why don't you tell me you send a book to someone you barely know.

I: (repeat in Chinese)

H: We are classmates all in the same major, I think he will understand my design.

I: (repeat in English)

Exhibit E

A: Did she know the address before she send the book?

I: (repeat in Chinese)

H: I asked him for it.

I: (repeat in English)

A: OK, so she ask him for the address, and he gives it, right?

I: (repeat in Chinese)

H: Yes

A: Did he ask why you want his address? Or he did already know why.

I: (repeat in Chinese)

H: He know why I am asking for his address, because he knows I want to send him a package. But he don't know what I will send him.

I: (repeat in English)

A: Why she protecting him?

I: (repeat in Chinese)

H: I am not protecting him because this is true.

A: How many times you have spoken to him before this shipment.

I: (repeat in Chinese)

H: Exchange ideas?

I: Never?

H: No, no, no. I have connection, but it is rare. After I asked him the address, he offered me. I asked him about the life in the US. Since I never lived in the US, I was quite curious.

I: She says they rarely make communication. She wants to know American life here.

A: It is very very obvious he and you talk about sending this to him, not the book. It is very obvious it is not a game, it that correct?

I: (repeat in Chinese)

A: So you were sending this to him.

I: (repeat in Chinese)

A: The book is only something you put inside.

I: (repeat in Chinese)

H: (unintelligible)

Exhibit E

A: Nobody believes you. It is a terrible story. Nobody believe her, She doesn't believe herself. She's still lying.

A: OK, let's do it one more time, you send this to Xu Bai, why do you send this to him?

A: Tell me the truth, tell me the real story. Nobody believes you. I just want to know you are send this to him.

H: I just want to send it to him.

A: Is it a game, yes or no?

H: To me it is a game.

A: How do you play it? How come you didn't write the rules of the game. I want to see the rules. Have you ever played a game with him before?

A: sounds like a No?

H: PRK5

I: PRK5?

A: Is PRK5 a game? Or what is it?

I: (repeat in Chinese)

H: They are the same stuff.

I: (repeat in English)

A: OK, what inside of that?

H: plastic plate

A: What's inside of it?

H: AGAR, Salt Sodium Chloride, water,

A: What's inside? It that a name, a label?

H: NGM

A: You want to write for me?

A: What is NGM?

H: It is a culture medium.

A: What is it used for?

H: used for? It is like fruit jelly, fruit jelly stuff.

I: (repeat in English)

A: Is it used for C elegans?

H: yeh, yeh.

Exhibit E

A: How?

A: Used with C elegans? You want to write in Chinese what you do with it in the lab?

A: Can she write down how she uses NGM in the lab?

I: (repeat in Chinese)

A: (Googling) Nematode Growth Medium, Is this it?

H: Would you help to translate? I heard "medium" that sounds right.

A: (showing search results) Nematode Growth Medium. Is this what's in it?

H: Yeh,

A: Why did you call it "doc", instead of Nematode Growth Medium, when you mailed it?

I: (repeat in Chinese)

H: When I mailed it, I wrote a content explanation in Chinese.

I: (repeat in English)

A: When she mailed it to America, why did she wrote Document, instead of Nematode Growth Medium?

I: (repeat in Chinese)

H: I told the mail courier that I want to mail this. He asked me what's in it? I told him what it is, and he made the selection.

I: (repeat in English)

H: The courier was not quite sure if it can be sent.

I: (repeat in English)

H: He is not quite sure about its category. So he gave it a try. If it goes through, it goes through. If it doesn't go through, then it doesn't go through.

I: (repeat in English)

A: OK, so they decide to lie.

I: (repeat in Chinese)

A: This phone here, both her phones, how long does she have them?

I: (repeat in Chinese)

H: This is my husband's old cellphone.

I: (repeat in English)

A: And this one?

Exhibit E

H: I use it for 2-3 years.

I: (repeat in English)

A: how long is the laptop?

H: It is newly purchased this year.

I: this year

A: Does she have old laptop?

I: (repeat in Chinese)

H: I have old laptop, but did not carry it with me.

I: (repeat in English)

A: how about this iPad?

I: (repeat in Chinese)

H: I have it for a long time, maybe more than 5 years.

I: (repeat in English)

A: When did she erase information from all these devices?

I: (repeat in Chinese)

H: I do cleanup periodically. I ran into Memory limits.

I: (repeat in English)

A: did she do it yesterday? Or did she do it today?

I: When was the late time you did the cleanup?

H: A few days ago

I: (repeat in English)

A: Why? Tell the truth.

I: (repeat in Chinese)

H: It is a bit complicated. When I start to work here, I don't want to mix with stuff from China. So I start anew.

I: (repeat in English)

A: does she delete the devices info because of CBP? Custom and Immigration?

I: (repeat in Chinese)

H: No, no.

Exhibit E

A: So she delete her contact information, text message, photos, and her emails. She logged out of notes, because she is coming to America?

I: (repeat in Chinese)

H: I did the cleanup before I come here to have enough memory space, not trying to cheat the Custom.

I: (repeat in English)

A: tell her to have a seat out there. She can take this too.


**CERTIFICATION**

I, Joe Huang, a Mandarin-Chinese interpreter, certify that I have transcribed this video exhibit and translated the Mandarin Chinese to English and English to Mandarin Chinese accurately, to the best of my knowledge and ability.

August 6, 2025