UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Case No. 25-cr-20479
                                    Hon. Matthew F. Leitman

        v.

CHENGXUAN HAN,

        Defendant.
_____/

## CHENGXUAN HAN'S SENTENCING MEMORANDUM

Chengxuan Han is a talented researcher who loves her work, her husband, and her parents. She has spent the last five years working towards her PhD in biology. She spends her time reading academic journals and researching in her university's laboratory. When she isn't doing research, she is playing and watching basketball—especially Steph Curry. Or she is spending time with her husband, who she married right before she came to the United States.

The government has maligned Ms. Han in press releases, even before she pled no contest, as "part of an alarming pattern that threatens our security," and evidence that US taxpayers are "underwriting a PRC-

1

based smuggling operation at one of our crucial public institutions."[1] None of that is true. None of that is supported by the discovery.

Ms. Han is a well-meaning, hard-working academic. She is not some sort of Chinese operative. She had no plot to harm or defraud the government. She is a nerdy, kind, and polite academic. She trusted mentors at the University of Michigan and the shipping courier service in China when sending her research materials to the United States in advance of her approved term as a visiting scholar. She did not believe that doing so would violate U.S. import laws. That certainly was not her intent. The materials she shipped are harmless, already present in the United States, and routinely shipped for research purposes. She has not threatened national security.

At the time of sentencing, Ms. Han will have been incarcerated for over three months. Imprisoned for the first time in her life, in a country she has never visited, where she doesn't speak the language. In addition to her traumatic time in custody, her research position at University of

---

[1] US Attorney Office, Alien from Wuhan, China, Charged with Making False Statements and Smuggling Biological Materials into the U.S. for Her Work at a University of Michigan Laboratory, June 9, 2025, https://perma.cc/LZH3-ZPUY.

Michigan was revoked upon her arrest (a decision made by the University before knowing anything about whether the allegations against Ms. Han were supported by the evidence or not). As a result, her professional and personal life will never be the same. This Court should impose a sentence of time served, which under the circumstances is more than sufficient, allowing Ms. Han to return home to China.

## I. Ms. Han's History and Characteristics

### *Family Background*

Ms. Han is the only child of two loving parents. Her father is a boat traffic controller, and her mother works in insurance sales. Until getting married, Ms. Han had never lived anywhere but her parents' home and her dormitories at school.

Shortly before her trip to the United States, Ms. Han married her boyfriend of three years. He has his master's degree in biological sciences. The couple met in school. After getting married, they moved in together. They like watching U.S. basketball together, and Ms. Han had hoped to watch the Golden State Warriors during her time in the United States.

### *Academic Background and Research*

Ms. Han is a doctoral student in her fifth year of study towards earning her PhD in biology from the College of Life Science and Technology at Huazhung University in China. Ms. Han's primary area of research is on the intersection of neuroscience and physiology, specifically, how organisms detect sensory cues such as light, touch, and temperature, and how the neural circuits and synapses process sensory information to produce behavioral output. In conducting her research, she and others in her field, routinely conduct experiments on a microscopic biological organism, a nematode worm, known by the name Caenorhabditis Elegans (C. Elegans).

Ms. Han has authored multiple research papers on C. Elegans.[2] The research of Ms. Han and others into the response of C. Elegans to different environmental stimuli has implications for important areas of

---

[2] Xu, Lingxiu, et al.*, Temporally controlled nervous system-to-gut signaling bidirectionally regulates longevity in C. elegans*, eLife (2024), https://perma.cc/R35S-8LUM; Tianlin Zheng, et al., *Cytoplasmic and mitochondrial aminoacyl-tRNA synthetases differentially regulate lifespan in Caenorhabditis elegans*, iScience 25, 105266 (2022), https://perma.cc/PBN3-EAN7.

4

scientific research, such as how environmental factors impact longevity, aging, and health.[3]

C. Elegans is a non-hazardous, non-infectious, non-pathogenic, non-parasitic organism.[4] It is small, growing to about 1 mm in length, and lives in the soil—especially in rotting vegetation—in many parts of the world, including the United States.[5] Since its introduction as a laboratory organism 50 years ago, C. Elegans has become one of the most widely used and versatile models for nearly all aspects of biological and genomic research.[6] C. Elegans is easy to obtain, easy to study, non-harmful, and has qualities that make it useful for a wide-variety of biology research.[7]

As part of her PhD research, Ms. Han was offered a visiting scholar position, to work with Xianzhong (Shawn) Xu, a professor at the Life

---

[3] Philip Meneely, et al., *Working with worms: Caenorhabditis elegans as a model organism. Current Protocols Essential Laboratory Techniques*, 19 Protocol, e35 (2019), currentprotocols.onlinelibrary.wiley.com/doi/10.1002/cpet.35.
[4] Mark Edgley, What is Caenorhabditis elegans and why work on it? - Caenorhabditis Genetics Center (CGC) - College of Biological Sciences, https://perma.cc/VBN9-UVEH.
[5] *Id.*
[6] Meneely, Working with Worms, *supra.*
[7] *Id.*

Sciences Institute at the University of Michigan. Her plan was to further her research at the University of Michigan lab and then return to China to defend her dissertation in September 2026. Ms. Han was granted permission to come to the United States and given a J1 visit for this research.

Ms. Han has explained, through a translator: "Please believe me, as an ordinary doctoral student, I only have the passion and yearning in my heart for scientific research work, and I have absolutely no idea of endangering the public security of your country. I came to the United States this time, hoping to achieve meaningful scientific research results in the field of biological science through my own efforts and professional knowledge, and to make a small contribution to mankind."

II. **The government's accusations are misguided.**

Unquestionably, a breach of the laws requiring proper permits when sending biological material is of significant concern, however, the government has over-stated the veracity and the seriousness of Ms. Han's missteps in this regard. The government claims Ms. Han intentionally violated U.S. law by smuggling in her research materials to defraud the

6

government. But in the field of biological research, it is common for researchers to share biological research materials and to send samples for research in advance of arrival. As part of her research toward her PhD, and through her role as a lab administrator in China, Ms. Han routinely sends and receives packages that contain biological materials all over the world. Ms. Han understood that shipping these materials was permissible, especially since the materials are non-toxic, harmless, and non-infectious.

Although the government contends that Ms. Han falsely labeled the materials and failed to obtain the proper permits, that misrepresents Ms. Han's actions. For example, in shipping the box of petri-dishes to the United States, Ms. Han made no effort to conceal the materials and properly disclosed them as biological material to an approved biological shipping carrier. The materials were sent in Ms. Han's name, from her lab address in China.

To mail these materials, Ms. Han provided an open box of petri-dishes to the staff of an approved courier routinely used by her lab in China. She provided the sender information, recipient information, item

7

information, and courier service fee. The courier handled other things, such as what method of transportation to choose, what documents are required, and labeling the shipping manifest, etc. Ms. Han did not label the manifest, the carrier did.

The carrier was well-aware these were biological samples and even asked that she provide a certification that the biological materials were non-infectious, which she did. Ms. Han expected that if she wasn't allowed to ship something, or needed additional documentation, the carrier would let her know. Even if Ms. Han was negligent or failed to obtain the proper paperwork required by the United States for shipping materials—she made a mistake. A mistake she has absolutely taken to heart and learned from. She did not, however, commit a criminal offense as charged by the government, certainly not with knowledge she was violating the law or with the intent to defraud the government.

Ms. Han is also accused of lying to border patrol, but this too misstates what took place. Ms. Han arrived in the United States for the first time on June 8, 2025, via a Delta flight to Detroit. As discussed in previously filed motion to suppress, federal agents interrogated her for

8

over six hours, after a lengthy international flight. The agents ignored her repeated and clear requests for an attorney and provided deficient translation services.

In fact, as noted in the translation provided by the defense in conjunction with the motion to suppress (Dkts. 27-3, 27-4) the translator miss-translated multiple key aspects of the interview and at times even asked Ms. Han to try to answer in English as much as she could because he was struggling to translate her answers.

All of this left Ms. Han anxious, exhausted, and confused. The agents took advantage of these circumstances by purposely confusing Ms. Han to try to obtain admissions. Ms. Han was honest with the officers once she was able to understand what exactly they were asking her.

**III. The goals of sentencing support a time-served sentence.**

Even assuming Ms. Han committed these offenses, a sentence of time served is appropriate. Ms. Han has no criminal history. Her guideline range is zero to six months. However, as noted in the presentence report, because Ms. Han is a zero-point offender, and her guideline range is in Zone A or B of the Sentencing Table, a sentence

*other than a sentence of imprisonment*, in accordance with USSG §5C1.1(b) or (c)(3) is generally appropriate. (Dkt. 31, para 56, 57.) A middle of the guidelines sentence, under these circumstances, is more than sufficient.

As to deterrence, either general or individual, we know that the likelihood of being caught is a greater deterrence than any term of imprisonment. In other words, a sentence of time served will not decrease the deterrent effect of this sentence on Ms. Han or others.

Moreover, not only has Ms. Han suffered a trying period of incarceration, her career has been irreparably damaged. In getting arrested in this case, Ms. Han has lost her prestigious research opportunity with the University of Michigan. Even if she returns to China and is able to finish her PhD on time, she has in all likelihood eliminated the option to become a professor in China, which requires international research experience. This has been her long-held professional dream. Anyone in Ms. Han's position, having learned of the consequences suffered by Ms. Han, would certainly think twice before

risking any violations of U.S. law- knowing, mistaken, negligent, or otherwise.

Further, the requested sentence is within the guideline range and will ensure there are no unwarranted disparities. It is more than enough to protect the public—in fact, the nature of this prosecution may do the opposite, deterring other talented academics from traveling to the United States or sending important research materials to colleagues in the United States out of the fear of making a mistake and being vilified, and thus undermining important scientific research.

To the extent just punishment and promoting respect for the law are relevant here, a sentence of three months in a U.S. county jail fulfills those goals. Ms. Han has been isolated, incarcerated, and in fear. She has been away from her family. She has incurred U.S. felony convictions. It has been a difficult and trying experience, to the point where Ms. Han was hospitalized briefly for a panic attack at the outset of her incarceration.

In addition, Ms. Han's punishment will not end when she leaves the United States. She has lost her opportunity to conduct important

11

research at the University of Michigan lab. She will be barred from returning to the United States. Her PhD track and her professional dream of becoming a professor is irrevocably altered. Moreover, with the nature of Ms. Han's convictions, she may face significant scrutiny when attempting to travel abroad in the future and may even be barred from future international travel to other countries.

In sum, Ms. Han's personal and professional trajectory has been derailed by this case, and this conviction will follow her the rest of her life: an anchor on her promising career, a black cloud over her passion for biology, an emotional weight as she struggles to cope with the lasting impact of incarceration, and an indefinite hurdle to international travel. A middle of the guidelines sentence along with these additional ramifications is more than sufficient to achieve the purposes of sentencing.

Ms. Han apologizes for any failures on her part to obtain the necessary permits or authorizations for her research samples. She has learned a hard lesson from this case and will carry that lesson forward with her. Ms. Han never meant to cause harm or violate the law. She

asks for this Court's grace in sentencing her to time-served so she can go home to China.

## **Conclusion**

Ms. Han asks this Court to sentence her to time served.

                                    Respectfully submitted,

                                    *s/*Sara Garber

                                    s/Benton Martin

                                    Federal Community Defender
                                    Attorneys for Chengxuan Han
                                    613 Abbott St., Ste. 500
                                    Detroit, MI 48226
                                    Phone: (313) 967-5843
                                    Email: sara_garber@fd.org

Date: September 5, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                      Case No. 25-cr-20479

v.                                       Hon. Matthew F. Leitman

CHENGXUAN HAN,

        Defendant.
_____/

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2025, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification to opposing counsel.

                                                  *s/*Benton Martin

Date: September 5, 2025